# Anatole Barnstone, Esq.

**Attorney at Law**

713 West 14th Street

Austin, TX 78701

Phone: (512) 327-2600    barnstonelaw@gmail.com

RECEIVED

DEC 1 4 2017

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

December 12, 2017

Debra Spisak
Court Clerk
Second Court of Appeals
401 W. Belknap, Suite 9000
Fort Worth, Texas 76196

Re:    Court of Appeals Cause No. 02-17-00185-CV
       Trial Court Cause No. 017-276483-15

       *The City of Fort Worth and David Cooke, in his capacity as official city manager
       v. Stephannie Lynn Rylie, Texas C&D Amusements, Inc. and Brian and Lisa Scott
       d/b/a TSCA and River Bottom Pub*

Dear Ms. Spisak:

Enclosed please find three bound copies of the following documents:

- Appellees/Cross-Appellants' Brief, filed September 11, 2017
- Appellees/Cross-Appellants' Reply Brief, filed October 25, 2017
- Appellees/Cross-Appellants' Brief in Response to Appellants/Cross-Appellees' Appeal Brief, filed November 14, 2017

The case is set for oral argument on January 9, 2018 @ 1:30 p.m. Please let us know if you require any further information from us.

Sincerely,

Fiona Essa
Assistant to Anatole Barnstone